**BUSSIE v. HOPKINS, Judge of United States District Court for District of Kansas.**

No. 2765.

Circuit Court of Appeals, Tenth Circuit.

June 16, 1943.

No attorneys present.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Nick Bussie seeks leave to file a petition for a writ of mandamus directing the Honorable Richard J. Hopkins, Judge of the United States District Court for the District of Kansas, to permit him to appeal in forma pauperis from an order denying his petition for a writ of habeas corpus.

This court has examined the original files in the habeas corpus proceeding and is of the opinion that the appeal is without merit.

Leave to file the petition for the writ is denied.